**PACIFIC INTERNATIONAL TOOL & SHEAR, Plaintiff–Appellant,**

v.

**CERTAINTEED CORPORATION, Defendant–Appellee.**

**No. 04–1121.**

United States Court of Appeals, Federal Circuit.

DECIDED: July 13, 2004.

On Appeal from the United States District Court for the Western District of Washington, 02–CV–839.

Dennis J. Mondolino, Principal Attorney, Edward M. Reisner, Brian W. Nolan, Pamela C. White, of Counsel, Morgan, Lewis, New York, NY, for Defendant–Appellee.

Edward W. Bulchis, Principal Attorney, Mark S. Carlson, of Counsel, Dorsey & Whitney, Seattle, WA, for Plaintiff–Appellant.

Before MICHEL, LOURIE and RADER, Circuit Judges.

Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.